Ebrain Consulting, LLC, Plaintiff-Appellant, 
against
Manhattan Mini Storage, LLC, Defendant-Respondent.




Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Louis L. Nock, J.), entered on or about July 12, 2018, after trial, in favor of defendant dismissing the action.




Per Curiam.
Judgment (Louis L. Nock, J.), dated July 12, 2018, affirmed, without costs.
The dismissal after trial of this small claims action accomplished "substantial justice" consistent with substantive law principles (see CCA 1804, 1807). Plaintiff's claims herein, arising from its rental of a self-storage unit from defendant and the latter's commencement of an allegedly frivolous holdover proceeding, are barred by the default final judgment rendered against plaintiff in that holdover proceeding. A judgment rendered by default is conclusive as to any matters actually litigated "as well as to defenses raised in the prior action or which, though not raised, could have been" (119 Rosset Corp. v Blimpy of NY Corp., 65 AD2d 683, 684 [1978])
Although the trial court did not render a decision in conformity with CPLR 4213(b), we find, upon our independent review of the complete record (see Weckstein v Breitbart, 111 AD2d 6 [1985]), that the evidence supports the court's determination.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: December 12, 2019